IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gill, Dana M

Printed: 4/1/08

Case Number: 05 B 03934
Judge: Wedoff, Eugene R
Filed: 2/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 14, 2008
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,759.00 |  |
| Secured: |  | 14,020.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 738.51 |
| Other Funds: |  | 0.00 |
| Totals: | 14,759.00 | 14,759.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Fin Acceptance | Secured | 27,903.05 | 14,020.49 |
| 2. | Cook County Department of Rev | Priority | 186.07 | 0.00 |
| 3. | Jefferson Capital | Unsecured | 65.83 | 0.00 |
| 4. | Spertus Institute Of Jewish Studies | Unsecured | 211.59 | 0.00 |
| 5. | JRS-I Inc | Unsecured | 187.29 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 31.34 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 0.00 |
| 8. | Debt Recovery Solutions | Unsecured | 30.73 | 0.00 |
| 9. | University Anesthesiologists | Unsecured | 8.07 | 0.00 |
| 10. | Spertus Institute Of Jewish Studies | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Allied Interstate | Unsecured |  | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 14. | Check N Go | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 17. | Comprehensive Ctr For Womens Med | Unsecured |  | No Claim Filed |
| 18. | Melalecica Inc | Unsecured |  | No Claim Filed |
| 19. | Ginger Ridge Apts | Unsecured |  | No Claim Filed |
| 20. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 21. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 22. | NLU Publications Center | Unsecured |  | No Claim Filed |
| 23. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 24. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 25. | Ronald Townsend DDS | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gill, Dana M | Case Number: 05 B 03934 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/1/08 | Filed: 2/7/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Pay Day Loans | Unsecured | | No Claim Filed |
| 27. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 28. | Richard E Devine | Unsecured | | No Claim Filed |
| 29. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 30. | Women's Group Of Northwestern | Unsecured | | No Claim Filed |
| 31. | Telecheck | Unsecured | | No Claim Filed |
| 32. | TCF Bank | Unsecured | | No Claim Filed |
| 33. | US Cellular | Unsecured | | No Claim Filed |
| 34. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 35. | Sanija Bajramovic, MD | Unsecured | | No Claim Filed |

```
                                      _____     _____
                                      $ 28,678.97    $ 14,020.49
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 65.64 |
| 3% | 13.11 |
| 5.5% | 317.96 |
| 5% | 25.00 |
| 4.8% | 230.40 |
| 5.4% | 86.40 |
| | _____ |
| | $ 738.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

